UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMY TRINH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

UNIQLO USA LLC and FAST RETAILING USA, INC.,

Defendants.

26-CV-8829 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In anticipation of Defendants' motion to stay discovery pending resolution of their motion to dismiss, the Court adopts the following schedule: Defendants shall submit their letter motion in support of a stay by December 9, 2026, Plaintiff shall respond by December 18, 2026, and Defendants shall file any reply by December 30, 2026.

SO ORDERED.

Dated: November 18, 2026
New York, New York

Ronnie Abrams
United States District Judge